William F. Clark, Jr.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
(A Delaware Limited Liability Partnership)
Four Times Square
New York, New York  10036
(212) 735-3000

Attorneys for Defendants MacroMarkets, LLC
and Macro Securities Depositor, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ALLAN N. WEISS,

                      :       Hon. Dickinson R. Debevoise, U.S.D.J.

        Plaintiff,       :

                                  CIVIL ACTION NO. 2:06-cv-06285 (DRD)
      v.                    :

SAMUEL MASUCCI, III, ROBERT J.      :      **AMENDED CERTIFICATE OF**
SHILLER, LAWRENCE LARKIN,                    **SERVICE**
MACROMARKETS, LLC and               :
MACRO SECURITIES DEPOSITOR, LLC,

                                  :
        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

          WILLIAM F. CLARKE, JR., hereby certifies as follows:

          1.      I am an attorney at law of the State of New Jersey and an associate with the law firm of Skadden, Arps, Slate, Meagher and Flom LLP, attorneys for Defendants MacroMarkets, LLC and Macro Securities Depositor, LLC ("Defendants").

          2.      On February 7, 2007 copies of Defendants' Notice of Motion, proposed form of Order and Certifications of Jeffrey Glekel, Esq., Timothy G. Nelson, Esq., and William F. Clarke, Jr., Esq., were served upon the following parties in the manner indicated:

**Via the Court's ECF System**

>Sean R. Kelly
>Saiber Schlesinger Satz & Goldstein, LLC
>One Gateway Center
>13th Floor
>Newark, NJ 07102-5311

**Via Federal Express overnight delivery**

>John B. Madden
>Moses & Singer LLP
>The Chrysler Building
>New York, NY  10172

>Scott A. Resnik
>Katten Muchin Rosenman LLP
>575 Madison Avenue
>New York, NY 10022-2585

>Brian J. Frueling
>66-68 Main Street
>PO Box 476
>Madison,  NJ 07940

>Robert W. McAndrew
>P.O. Box 1661
>Morristown, NJ 07962-1661

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

>/s/ William F. Clarke, Jr.
>William F. Clarke, Jr

Dated: New York, New York
        February 7, 2007