# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALLAN N. WEISS,<br><br>                        Plaintiff,<br><br>   v.<br><br>SAMUEL MASUCCI, III, ROBERT J. SHILLER, LAWRENCE LARKIN, MACROMARKETS, LLC and MACRO SECURITIES DEPOSITOR, LLC.<br><br>                        Defendants, | CASE NO.: 06 Civ. 6285 (DRD)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismisses all claims herein against all parties, without prejudice.

                                      **SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC**
                                      One Gateway Center
                                      13th Floor
                                      Newark, New Jersey 07102-5311
                                      Tel: 973-645-4801
                                      Attorneys for Plaintiff

                              By: _____*s/Sean R. Kelly*_____
                                       Sean R. Kelly (0307)

Dated: February 13, 2007