# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CLOSED

| | |
|---|---|
| ALLAN N. WEISS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SAMUEL MASUCCI, III, ROBERT J. SHILLER, LAWRENCE LARKIN, MACROMARKETS, LLC and MACRO SECURITIES DEPOSITOR, LLC.<br>　　　　　　　　　　Defendants, | CASE NO.: 06 Civ. 6285 (DRD)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

　　　　Plaintiff, pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismisses all claims herein against all parties, without prejudice.

　　　　　　　　　　　　　　　　**SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC**
　　　　　　　　　　　　　　　　One Gateway Center
　　　　　　　　　　　　　　　　13th Floor
　　　　　　　　　　　　　　　　Newark, New Jersey 07102-5311
　　　　　　　　　　　　　　　　Tel: 973-645-4801
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

　　　　　　　　　　　　　　　　By:　　_s/Sean R. Kelly_
　　　　　　　　　　　　　　　　　　　Sean R. Kelly (0307)

Dated: February 13, 2007

SO ORDERED: _[signature]_
DATE: _Feb 15, 2007_

{00472494.DOC}