## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522
―――
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2779
DIRECT FAX
(917) 777-2779
EMAIL ADDRESS
WCLARKE@SKADDEN.COM

FIRM/AFFILIATE OFFICES
―――
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
―――
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

February 15, 2007

**VIA ELECTRONIC FILING & REGULAR MAIL**

Hon. Esther Salas, U.S.M.J.
United States District Court
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

                RE:    **Weiss v. Masucci, Civ. No. 06-6285 (DRD)**

Dear Magistrate Judge Salas:

        We represent defendants MacroMarkets LLC and Macro Securities Depositor, LLC ("Defendants") in the above-referenced action and write to advise the Court that Defendants no longer wish to pursue the *pro hac vice* motion filed on February 7, 2007.

                                  Respectfully submitted,

                                    William F. Clarke, Jr.

cc:    Sean R. Kelly, Esq.
        John B. Madden, Esq.
        Scott A. Resnik, Esq.
        Brian J. Frueling, Esq.
        Robert W. McAndrew, Esq.